AUSA: Vance                                Telephone: (810) 766-5177
Task Force Officer: Ken Monroe-ATF&E       Telephone: (810) 341-5710

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Darrion Nyruto Boaz, | Case: 4:22-mj-30038<br>Judge: Ivy, Curtis<br>Filed: 01-24-2022<br>SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) | Felon in possession of a fiream |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenneth Monroe, TFO-ATF&E
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 24, 2022__

_____
Judge's signature

City and state: __Flint, Michigan__      Curtis Ivy, Jr., United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Kenneth Monroe, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am currently employed by the Michigan State Police as a Detective Trooper and have been employed as Trooper since 2010. I have been a law enforcement officer since 2005 for Mundy Township Police Department, Swartz Creek Police Department and the City of Burton Police. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. During my employment, I have investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2.  I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3.      Based on the facts below, I have probable cause to believe that on January 13, 2022, Darrion Nyruto Boaz (XX-XX-2002) knowingly possessed a firearm after having been previously convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1).

## BACKGROUND

4.      On January 13, 2022, at approximately 2124 hours, Michigan State Police Troopers attempted to initiate a traffic stop on a silver, 2011 Chevrolet Malibu. In the area of Delia St. and Bonbright St. in the City of Flint, Michigan. The vehicle was observed to have Michigan registration plate, EAL2405, affixed to it. The vehicle was found to be uninsured by Troopers after querying the license plate through the Michigan Secretary of State computer system.

5.      The vehicle fled the traffic stop, crashed over a curb a short time later and became stuck in the snow near the intersection of Delia St. and Avenue A in the City of Flint. The driver, Taquayvius Cameron-Dailon Blackmon, then exited the vehicle and fled on foot along with the passenger in the vehicle, Darrion Nyruto Boaz, (xx-xx-2002). Both subjects were taken into custody by Michigan State Police Troopers after a short foot pursuit.

6.      Troopers returned to the suspect vehicle and located a pistol in the center console cup holder, next to the location Taqueyvius Blackmon

had been seated, driving the vehicle. The pistol was described as a Taurus, model G2C, 9mm, semi-automatic pistol with serial number ABD446576. Troopers conducted a check of this weapon through the Law Enforcement Information Network (LEIN) and discovered it had been reported as stolen to the Flint Police Department on 8/25/2020. The pistol was found to have one round of 9mm ammunition in the chamber and an empty magazine inserted into the weapon.

7. Troopers located a Spikes Tactical, model ST-15, .223 caliber pistol, serial number 044686, laying on the passenger floorboard of the vehicle where Darrion Boaz had been seated. The pistol was found to be loaded with one round in the chamber and 6 rounds in the magazine of the weapon. The magazine located in the weapon was found to have the capacity to hold 60 rounds of .223 ammunition. Troopers also noted the barrel of the firearm was hot to the touch and believed it had been fired recently.

8. A check of the computerized criminal history (CCH) of Darrion Boaz revealed he is currently under indictment through the 7th Circuit Court in Flint, Michigan for felony carrying a concealed weapon, felony possession of a weapon, two counts of felony firearm, felony possession of ammunition, and two counts of felony weapons offense 2nd offense. It was also discovered Darrion Boaz pleaded guilty to assaulting/resisting/obstructing/ a police officer on June 21, 2021.

3

Assaulting/resisting/obstructing/ a police officer is a felony offense punishable by more than one year of imprisonment.

10. On January 20, 2022, I spoke with firearms interstate nexus expert Special Agent Dustin Hurt of the ATF who advised the Spikes Tactical, .223 pistol was not manufactured in Michigan.

## CONCLUSION

11. Based upon all of this information, probable cause exists that Darrion Nyruto Boaz violated 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Kenneth Monroe
ATF Task Force Officer

Subscribed and sworn to before me and/or by reliable electronic means on January 24, 2022

_____
Curtis Ivy, Jr.
UNITED STATES MAGISTRATE JUDGE